# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS, INC. MINNESOTA/NORTH DAKOTA CHAPTER; AND LAKETOWN ELECTRIC CORPORATION.<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MINNEAPOLIS PUBLIC SCHOOLS, SPECIAL SCHOOL DISTRICT NO.1; and NELSON INZ, in his official capacity as Chairperson of the Minneapolis Board of Education,<br>　　　　　　　Defendants,<br>and<br><br>MINNEAPOLIS BUILDING AND CONSTRUCTION TRADES COUNCIL,<br>　　　　　　　Defendant-Intervenor. | Case No. 0:19-cv-00656-DWF-BRT<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice. This dismissal terminates the action.

///

- 1 -

DATED: August 1, 2019.

Respectfully submitted:

By   s/ Wencong Fa

| | |
|---|---|
| **WENCONG FA** (Cal. Bar No. 301679)* | **THOMAS R. REVNEW** |
| **DAMIEN M. SCHIFF** | (SBN 0295620) |
| (Cal. Bar No. 235101)* | **WILLIAM E. PARKER** |
| **ANASTASIA P. BODEN** | (SBN 0390984) |
| (Cal. Bar No. 281911)* | *Local Counsel* |
| **ETHAN W. BLEVINS** | Seaton, Peters, & Revnew |
| (Utah Bar No. 16784)* | 7300 Metro Blvd. Suite 500 |
| Pacific Legal Foundation | Minnesota, MN 55439 |
| 930 G Street | Telephone: (952) 921-4622 |
| Sacramento, California 95814 | Fax: (952) 896-1704 |
| Telephone: (916) 419-7111 | Email: trevnew@seatonlaw.com |
| Facsimile: (916) 419-7747 | Email: wparker@seatonlaw.com |
| Email: WFa@pacificlegal.org | |
| Email: DSchiff@pacificlegal.org | |
| Email: ABoden@pacificlegal.org | |
| Email: EBlevins@pacificlegal.org | |

*Counsel for Plaintiffs Associated Builders and Contractors Inc., Minnesota/North Dakota Chapter, et al.*

*Pro Hac Vice Admission

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

    Wencong Fa    
WENCONG FA
